**FILED**

FEB 12 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANDY STONE, an individual and TROY POWERS, an individual, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> MARIAH CAREY, individually; et al., <br><br> Defendants - Appellees, <br><br> and <br><br> WALLY WORLD MUSIC, LLC, a California limited liability company and DOES, 1-10, inclusive, <br><br> Defendants. | No. 26-826 <br><br> D.C. No. 2:23-cv-09216-MRA-JDE <br> Central District of California, Los Angeles <br><br> ORDER |

The notice of appeal was not filed within 30 days after the district court entered judgment on December 23, 2025. *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A). The court may therefore lack jurisdiction over this appeal. *See United States v. Sadler*, 480 F.3d 932, 937 (9th Cir. 2007) (requirement of timely notice of appeal is jurisdictional).

Within 21 days, appellants must either file a motion to voluntarily dismiss this appeal or file a statement explaining why it should not be dismissed. If appellants do not do so, the court will dismiss the appeal. *See* 9th Cir. R. 42-1.

If appellants file a statement, appellees may file a response within 10 days.

Briefing is stayed.

                                             FOR THE COURT:

                                             MOLLY C. DWYER
                                             CLERK OF COURT